IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS HUGO VALDEZ, ID # 1254215, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:09-CV-282-M |
| | ) | |
| T.D.C.J. BRADSHAW UNIT, et al., | ) | |
|     Defendants. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's motion to proceed *in forma pauperis* is hereby **DENIED**. By separate judgment, the Court summarily dismisses this action as barred by 28 U.S.C. § 1915(g).

SIGNED this 14th day of April, 2009.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS